MORRISON, Judge.

The offense is aggravated assault; the punishment, one month in jail and a fine of $50.

The State has filed a motion to dismiss the appeal on the grounds that the record fails to reflect that appellant entered into a recognizance or filed an appeal bond.

The motion is granted, and the appeal is dismissed.

WOODLEY, Judge.

The conviction, upon a plea of guilty before the court, is for the offense of driving a motor vehicle upon a public highway while intoxicated. The punishment assessed is a fine of $125.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for our consideration.

The judgment is affirmed.

### MILLS v. STATE.

No. 26644.

Court of Criminal Appeals of Texas.

Nov. 25, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin., for the State.

### MOORE v. STATE.

No. 26651.

Court of Criminal Appeals of Texas.

Nov. 25, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.